THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

THIS case presented the same question and was argued with and decided upon the opinion in *Mayor, etc.*, v. *T. A. R. R. Co.* (*ante*, p. 404).

---

BRIDGET NICHOLS, as Administratrix, etc., Respondent, *v.* THE BUSH & DENSLOW MANUFACTURING COMPANY, Appellant.

(Argued November 1, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John Proctor Clarke* for appellant.

*Alexander T. Carpenter* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.